**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MENDEZ, et al., | CASE NO. 1:12-cv-00535-LJO-DLB |
| Plaintiffs, | **ORDER STAYING DEFENDANTS' MOTION TO DISMISS** (Doc. 7) |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | |
| Defendants. | |

To promote efficiency and its resources, this Court stays defendants' motion to dismiss (Doc. 7) pending resolution of defendants' motion to sever and transfer (Doc. 8). The hearing on defendants' motions set for May 15, 2012, before Judge O'Neill is VACATED, and the matters submitted on the pleadings, pursuant to Local Rule 230(g). This Court ORDERS plaintiffs, no later than May 1, 2012, to file and serve opposition papers to defendants' motion to sever and transfer. This Court FURTHER ORDERS defendants, no later than May 8, 2012, to file and serve reply papers. Pursuant to its practice, this Court will consider the motion to sever and transfer on the record without a hearing, unless this Court orders otherwise. After ruling on defendants' motion to sever and transfer, this Court will instruct the parties regarding defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:     April 16, 2012                         /s/ Lawrence J. O'Neill**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT JUDGE