IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MENDEZ, et al., | CASE NO. 1:12-cv-00535-LJO-DLB |
| Plaintiffs, | **ORDER STAYING PROCEEDINGS** (Doc. 10) |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | |
| Defendants. | |

After full consideration of plaintiffs' motion to stay and good cause appearing, it is hereby ordered that plaintiffs' motion to stay all proceedings pending its filing of a motion to remand (Doc. 10) is GRANTED. The current briefing schedule for defendants' motion to sever and transfer (Doc. 8) is suspended pending further notice.

IT IS SO ORDERED.

**Dated:**   April 25, 2012                              /s/ Lawrence J. O'Neill

1

1                                                               UNITED STATES DISTRICT JUDGE