1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

JOSEPH MENDEZ, et al.,                                CASE NO. 1:12-cv-00535-LJO-DLB

12

               Plaintiffs,        **ORDER STAYING PROCEEDINGS** (Doc. 10)

13

    vs.

14

ASTRAZENECA PHARMACEUTICALS
LP, et al.,

15
16

              Defendants.

17

_____/

18

      After full consideration of plaintiffs' motion to stay and good cause appearing, it is hereby

19

ordered that plaintiffs' motion to stay all proceedings pending its filing of a motion to remand (Doc. 10)

20

is GRANTED.  The current briefing schedule for defendants' motion to sever and transfer (Doc. 8) is

21

suspended pending further notice.

22
23
24
25
26
27

      IT IS SO ORDERED.

28

**Dated:**   __April 25, 2012__                _____/s/ Lawrence J. O'Neill_____

1

1          UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28